IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § |
| Plaintiff, | § |
| vs. | § |
| ARISEBANK, JARED RICE SR., and STANLEY FORD, | § Civil Action No. 3:18-cv-0186-M |
| | § FILED UNDER SEAL |
| Defendants. | § |

## ORDER GRANTING RECEIVER'S MOTION TO EMPLOY KROLL CYBER SECURITY AS FORENSIC EXPERT AND INVESTIGATIVE CONSULTANT

Before the Court is the Receiver's Motion to Employ Kroll Cyber Security as Forensic Expert and Investigative Consultant. The Motion is **GRANTED**. The Receiver is authorized to retain Kroll Cyber Security in this matter on the terms set forth in the Motion and to use Kroll and its resources to assist him as needed to carry out his duties.

**SO ORDERED**.

January 26, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**