IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| **ARISEBANK,** § | Civil Action No. 3:18-cv-0186-M |
| **JARED RICE SR.,** and § | |
| **STANLEY FORD,** § | **FILED UNDER SEAL** |
| § | |
| Defendants. § | |

## ORDER GRANTING RECEIVER'S MOTION TO EMPLOY JONES DAY AS LEGAL COUNSEL

Before the Court is the Receiver's Motion to Employ Jones Day as Legal Counsel. The Motion is **GRANTED**. The Receiver is authorized to retain Jones Day as his counsel in this matter on the terms set forth in the Motion to Employ Counsel and to use members of the firm to assist him as needed to carry out his duties.

**SO ORDERED**.

January 26, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**