IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § |
| **Plaintiff,** | § |
| vs. | § |
| **ARISEBANK,** **JARED RICE SR., and** **STANLEY FORD,** | § Civil Action No. 3:18-cv-0186-M |
| **Defendants.** | § |

## ORDER

Before the Court is the Notice of Status [ECF No. 17], filed by Plaintiff Securities and Exchange Commission ("Commission"). In the Notice of Status, the Commission moves the Court to unseal the above-captioned proceedings. The Court, having reviewed the Notice of Status and its prior Order sealing this matter, is of the opinion that the matter should no longer be sealed.

IT IS ORDERED that these proceedings, the pleadings, motions, memoranda, all orders, and all other filings herein shall be unsealed.

**SO ORDERED**.

January 29, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**