**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 3:18-cv-186-M |
| | § | |
| **ARISEBANK,** | § | |
| **JARED RICE SR.,** and | § | |
| **STANLEY FORD,** | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO WITHDRAW TIMOTHY L. EVANS AS COUNSEL

Pursuant to Local Rules 77.1 and 83.12, Plaintiff Securities and Exchange Commission ("Commission") hereby moves the Court to withdraw Timothy L. Evans as counsel for the Commission. In support of this motion, the Commission shows the Court as follows:

1. Mr. Evans is leaving the Commission's employment for private practice and will no longer represent the Commission in this action.

2. Chris Davis has already appeared in this action on behalf of the Commission and the Commission requests that Mr. Davis be substituted, pursuant to Local Rule 77.1(c), as the attorney to receive notice of orders and judgments.

For the foregoing reasons, the Commission respectfully asks the Court to grant its motion to withdraw attorney Timothy L. Evans from this matter.

Dated: February 15, 2018	Respectfully submitted,

    *s/ Timothy L. Evans*
CHRIS DAVIS
Texas Bar No. 24050483
TIMOTHY L. EVANS
Texas Bar No. 24065211
B. DAVID FRASER
Texas Bar No. 24012654
United States Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: (817) 900-2638 (CD)
Fax: (817) 978-4927

## CERTIFICATE OF CONFERENCE

The undersigned confirms that SEC counsel has conferred with counsel for Defendants Jared Rice, Sr. and AriseBank. They do not oppose the relief requested. SEC counsel has been unable to confer with pro se Defendant Stanley Ford. According to Ford's most recent email communication on Monday, February 12, he is "trying to sort out my legal counsel."

    *s/ Timothy L. Evans*
TIMOTHY L. EVANS

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically filed the foregoing *Unopposed Motion to Withdraw Counsel as to Timothy L. Evans* with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that on February 15, 2018, I served a true and correct copy of the foregoing document via electronic mail and USPS fist class mail on the following parties and persons entitled to notice that are non-CM/ECF participants:

Stanley Ford
thestormkrow@gmail.com
*Pro Se Defendant*

    *s/ Timothy L. Evans*
TIMOTHY L. EVANS