**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | **Civil Action No.: 3:18-cv-0186-M** |
| § | |
| **ARISEBANK, JARED RICE SR.,** § | |
| **and STANLEY FORD,** § | |
| § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

Before the Court is the Amended Second Unopposed Motion to Extend Temporary Restraining Order [ECF No. 45], filed by Plaintiff Securities and Exchange Commission ("SEC"). This Court issued an *ex parte* Order imposing a Temporary Restraining Order against Defendants on January 25, 2018 [ECF No. 11]. On February 2, 2018, the SEC filed an Unopposed Motion to Extend Temporary Restraining Order for 14 days [ECF No. 24]. The Court granted the Unopposed Motion, extending the Temporary Restraining Order through February 22, 2018 [ECF No. 27]. After considering the Amended Second Unopposed Motion to Extend Temporary Restraining Order, the Court is of the opinion that it should be **GRANTED.** Therefore,

IT IS ORDERED that the Temporary Restraining Order is extended through March 13, 2018.

IT IS FURTHER ORDERED that the hearing on the SEC's Motion for Preliminary Injunction, previously set for Thursday, February 22, 2018, is rescheduled to **Tuesday, March**

**13, 2018, at 9:00 a.m**.  Defendants shall file any papers in opposition to the SEC's Motion for Preliminary Injunction no later than March 6, 2018.

**SO ORDERED.**

February 16, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE