# EXHIBIT A

EXHIBIT A

STANDARDIZED FUND ACCOUNTING REPORT

Receivership in SEC v. AriseBank, et al.
Civil Court Docket No. 3:18-cv-0186-M

Second Quarterly Reporting Period - 4/1/2018 to 6/30/2018

| Fund Accounting: | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | **Beginning Balance (as of 04/01/2018)** | $397,586.98 | | $397,586.09 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $0.00 | $0.00 | $0.00 |
| Line 3 | **Cash and Securities** | $16,347.90 | $196,211.13 | $212,559.03 |
| Line 4 | **Interest/Dividends Income** | $57.43 | $10.85 | $68.28 |
| Line 5 | **Business Asset Liquidation** | $0.00 | $0.00 | $0.00 |
| Line 6 | **Personal Asset Liquidation** | $0.00 | $0.00 | $0.00 |
| Line 7 | **Third-Party Litigation Income** | $0.00 | $201,365.00 | $201,365.00 |
| Line 8 | **Miscellaneous - Other** | | See Note 1 | |
| Line 8a | Total Funds Available (Lines 1-8) | $413,992.31 | | $413,992.31 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | $0.00 | $0.00 | $0.00 |
| Line 10 | **Disbursements for Receivership Operations** | ($117.00) | $0.00 | ($117.00) |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $0.00 | $0.00 | $0.00 |
| Line 10b | *Business Asset Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10c | *Personal Asset Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10d | *Investment Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10e | *Third-Party Litigation Expenses* | $0.00 | $0.00 | $0.00 |
| | 1. Attorneys Fees | $0.00 | $0.00 | $0.00 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | $0.00 | $0.00 |
| Line 10g | Federal and State Tax Payments | $0.00 | $0.00 | $0.00 |
| | Total Disbursements for Receivership Operations | ($117.00) | $0.00 | ($117.00) |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees | $0.00 | $0.00 | $0.00 |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| Line 11b | *Distribution Plan Implementation Expenses* | | | |
| | 1. Fees | $0.00 | $0.00 | $0.00 |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification | $0.00 | $0.00 | $0.00 |
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. Federal Account for Investor Restitution | $0.00 | $0.00 | $0.00 |
| | (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | **Disbursements to Court/Other** | $0.00 | $0.00 | $0.00 |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | $0.00 | $0.00 |
| Line 12b | *Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursement to Court/Other:** | $0.00 | $0.00 | $0.00 |
| | **Total Funds Disbursed (Line 9-11):** | ($117.00) | $0.00 | |
| Line 13 | **Ending Balance (As of 6/30/2018):** | $413,875.31 | | $413,875.31 |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $413,875.31 | | $413,875.31 |
| Line 14b | *Investments* | $0.00 | $0.00 | $0.00 |
| Line 14c | *Other Assets or Unclear Funds (Frozen Accounts)* | | See Note 1 | |
| | **Total Ending Balance of Fund - Net Assets** | $413,875.31 | | $413,875.31 |

EXHIBIT A

| Other Supplemental Information: | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|
| **Report of Items NOT To Be Paid by the Fund:** | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | $0.00 | $0.00 | $0.00 |
| Line 15a *Plan Development Expenses Not Paid by the Fund:* | $0.00 | $0.00 | $0.00 |
| 1. Fees | $0.00 | $0.00 | $0.00 |
| Fund Administrator | $0.00 | $0.00 | $0.00 |
| IDC | $0.00 | $0.00 | $0.00 |
| Distrib ution Agent | $0.00 | $0.00 | $0.00 |
| Consultants | $0.00 | $0.00 | $0.00 |
| Legal Advisers | $0.00 | $0.00 | $0.00 |
| Tax Advisers | $0.00 | $0.00 | $0.00 |
| 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| Line 15b *Plan Implementation Expenses Not Paid by the Fund:* | $0.00 | $0.00 | $0.00 |
| 1. Fees | $0.00 | $0.00 | $0.00 |
| Fund Administrator | $0.00 | $0.00 | $0.00 |
| IDC | $0.00 | $0.00 | $0.00 |
| Distrib ution Agent | $0.00 | $0.00 | $0.00 |
| Consultants | $0.00 | $0.00 | $0.00 |
| Legal Advisers | $0.00 | $0.00 | $0.00 |
| Tax Advisers | $0.00 | $0.00 | $0.00 |
| 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| 3. Investor Identification: | $0.00 | $0.00 | $0.00 |
| Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| Claimant Identification | $0.00 | $0.00 | $0.00 |
| Claims Processing | $0.00 | $0.00 | $0.00 |
| Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| 6. FAIR Reporting Expenses | $0.00 | $0.00 | $0.00 |
| Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| Line 15c *Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | $0.00 | $0.00 | $0.00 |
| Line 16 **Disbursements to Court/Other Not Paid by the Fund** | $0.00 | $0.00 | $0.00 |
| Line 16a Investment Expenses/CRIS Fees | $0.00 | $0.00 | $0.00 |
| Line 16b Federal Tax Payments | $0.00 | $0.00 | $0.00 |
| **Total disbursements to Court/Other Not Paid by Fund:** | $0.00 | $0.00 | $0.00 |
| Line 17 **DC & State Tax Payments** | $0.00 | $0.00 | $0.00 |
| Line 18 **No. of Claims:** | | | |
| Line 18a # of Claims Received This Reporting Period | 0 | 0 | 0 |
| Line 18b # of Claims Received Since Inception of Fund | 0 | 0 | 0 |
| Line 19 **No. of Claimants/Investors** | 0 | 0 | 0 |
| Line 19a # of Claimants/Investors Paid This Reporting Period | 0 | 0 | 0 |
| Line 19b # of claimants/Investors Paid Since Inception of Fund | 0 | 0 | 0 |