IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:18-cv-00186-M |
| v. | § § | |
| ARISEBANK, et al., | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Receiver's Certified Seventh Fee Application [ECF No. 122]. After review of the Application, the Court's Order of January 25, 2018 appointing the Receiver, and the Court's Order of April 5, 2018 reappointing the Receiver, the Court **ORDERS** that the payment of fees and expenses totaling $61,318.59 to Jones Day is approved and authorized. The Court further **ORDERS** that the payment of holdback fees from previous applications totaling $87,313.42 to Jones Day is approved and authorized.

**SO ORDERED**.

December 29, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

- 1 -